# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

146544

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 146544
COA: 313277
Oakland CC: 2012-239876-FC

JOSEPH MICHAEL BARD,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 17, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

h0422